IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LONNIE LYNN MILLER                                                 PLAINTIFF

               v.                Civil No. 1:17-cv-01030

SHERIFF RICKY ROBERTS;                                   DEFENDANTS
LIEUTENANT KEVIN PENDLETON;
CAPTAIN RICHARD MITCHAM;
LIEUTENANT STEVE GREEN; and
JOHN DOE, Agents and Supervisors

## JUDGMENT

This is a civil rights action filed by the Plaintiff Lonnie Lynn Miller pursuant to 42 U.S.C.§ 1983. Plaintiff proceeds *pro se* and *in forma pauperis*.

When he filed this action, Plaintiff was incarcerated in the Union County Criminal Justice Facility. Plaintiff was advised that he had the obligation to immediately notify the Court of any changes in his address (ECF No. 3). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to promptly notify the Clerk and other parties of any change is his address, to monitor the case, and to prosecute or defend the action diligently.

On May 18, 2017, an order (ECF No. 7) was entered directing the Plaintiff to file an addendum to his complaint by June 5, 2017. On June 12, 2017, the order was returned as undeliverable with the notation that Plaintiff was no longer at the facility. On June 12, 2017, an order to show cause (ECF No. 9) was entered giving the Plaintiff until July 3, 2017, to show cause why the case should not be dismissed based on his failure to keep the Court informed of his current address.

The show cause order has not been returned as undeliverable. Plaintiff has not responded to the show cause order. Plaintiff has not communicated with the Court in anyway.

IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE based on Plaintiff's failure to prosecute this case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2). Fed. R. Civ. P. 41(b).

**IT IS SO ADJUDGED** this 3rd day of August 2017.

<u>/s/ Susan O. Hickey</u>
Susan O. Hickey
United States District Judge